| AKIN GUMP STRAUSS HAUER & FELD LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201<br>Telephone: 214.969.2800<br>Facsimile: 214.969.4343<br>Sarah Link Schultz<br>Michael P. Cooley (MC-1214)<br><br>*Proposed Counsel for Debtors and Debtors-in-Possession* | SHACKELFORD MELTON McKINLEY & NORTON LLP<br>3333 Lee Parkway – Tenth Floor<br>Dallas, TX 75219<br>Telephone: 214.780.1400<br>Facsimile: 214.780.1401<br>Rakhee V. Patel<br>Frances A. Smith<br><br>*Proposed Counsel for Debtors and Debtors-in-Possession* |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>J & B Partners Management LLC<br><br>      Debtors. | Chapter 11<br><br>Case No. 15-_____ |
|---|---|

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, as made applicable by Federal Rule of Bankruptcy Procedure 1007(a)(1), 100% of the equity interests in J & B Partners Management LLC, are owned by J & B Partners Holding Co., LLC.

Dated: January 5, 2015

By: _____
Name: _____Joe Vitrano_____
Title: _____President_____

206068310