Rakhee V. Patel (Admitted *Pro Hac Vice*)
Frances A. Smith (Admitted *Pro Hac Vice*)
**SHACKELFORD, MELTON, McKINLEY & NORTON, LLP**
3333 Lee Parkway, Tenth Floor
Dallas, TX 75219
Telephone: 214.780.1400
Facsimile: 214.780.1401

Sarah Link Schultz (*Pro Hac Vice* Pending)
Michael P. Cooley (Bar No. MC-1214)
**AKIN GUMP STRAUSS HAUER & FELD, LLP**
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201-4624
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Proposed Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| J & B PARTNERS MANAGEMENT LLC, et al,[1] | Case No. 15-22017 (RDD) |
| Debtors. | (Jointly Administered) |

**HEARING AGENDA**
**JANUARY 21, 2015 AT 10:00 A.M. (ET)**

Location of Hearing:   Courtroom of the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, NY 10601-4140.

Copies of Motions:   A copy of each motion may be viewed on the Court's website at www.ecf.nysb.uscourts.gov or by written request to rpatel@shackelfordlaw.net or facsimile to (214) 780-1401 Attn: Rakhee V. Patel.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & B Partners Management LLC (1366), J & B Restaurant Partners of Long Island Holding Co., LLC (8712), J & B Restaurant Partners of NYDMA LLC (7161), J & B Restaurant Partners of Massapequa Park, LLC (5849), J & B Restaurant Partners of Middle Island, LLC (4746), J & B Restaurant Partners of Shirley, LLC (3799), J & B Restaurant Partners of Long Island, LLC (8717), J & B Restaurant Partners of Long Island II, LLC (9901), J & B Real Estate Partners of Long Island, LLC (4550), J & B Real Estate Partners of Long Island II, LLC (9904),  and J & B Restaurant Partners of NJ, LLC (4102).  The location of the Debtors' corporate headquarters and the Debtors' service address is 4000 Veterans Memorial Hwy, 2nd Floor, Bohemia, New York, 11716.

# I.   **Motions**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Parties, and (IV) Granting Liens and Superpriority Claims [Docket No. 6]

   Status: Interim Order entered on January 9, 2015. Final hearing going forward. Objections due before 12:00 noon (ET) on January 20, 2015. As of the date of this agenda, no formal or informal objection has been received. Counsel will email draft Final Order to chambers prior to hearing. Copies available upon request to the undersigned counsel.

2. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims (A) Arising Under the Perishable Agricultural Commodities Act, (B) Arising Under the Section 503(B)(9) of the Bankruptcy Code and (II) Granting Certain Related Relief [Docket No. 8]

   Status: Interim Order entered on January 9, 2015. Final hearing going forward. As of the date of this agenda, no formal or informal objection has been received.

3. Motion of Debtors and Debtors in Possession for Authority to Enter Into and Approving Postpetition License Agreement with Friendly's Franchising, LLC and for Related Relief [Docket No. 9]

   Status: Interim Order entered on January 9, 2015. Final hearing going forward. As of the date of this agenda, no formal or informal objection has been received.

4. Debtors' Motion for Entry of an Order Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees [Dkt. No. 12]

   Status: Interim Order entered on January 9, 2015. Final hearing going forward. No objection received as of filing of this agenda.

5. Debtors' Motion for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Utility Services [Dkt. No. 13]

   Status: Final hearing going forward. Counsel will email draft proposed order to chambers prior to hearing. Copies are available upon written request to the undersigned counsel.

Dated: January 16, 2015

/s/Rakhee V. Patel
Rakhee V. Patel, Admitted *Pro Hac Vice*
Frances A. Smith, Admitted *Pro Hac Vice*
3333 Lee Parkway, Tenth Floor
Dallas, TX 75219
Telephone: (214) 780-1400
Facsimile: (214) 780-1401
Email: rpatel@shackelfordlaw.net
Email: fsmith@shackelfordlaw.net

-and-

Sarah Link Schultz, *Pro Hac Vice* Pending
Michael P. Cooley Bar No. MC-1214
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201-4624
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: sschultz@akingump.com
Email: mcooley@akingump.com

*Proposed Counsel to the Debtors and Debtors in Possession*